IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT EDWARDS, #48988                                                                PLAINTIFF

VERSUS                                                   CIVIL ACTION NO.  1:11-cv-27-HSO-JMR

PRESTON GOFF, RICKY DICKERSON,
DENNIS SHOWLES, and CHASE MILLER                                            DEFENDANTS

ORDER EXTENDING TIME TO COMPLY

This cause comes before this Court on Plaintiff's response [8] filed May 5, 2011, to the order [6] entered on April 20, 2011.  Having reviewed the response [8], this Court finds that Plaintiff failed to provide the information specifically requested in the order [6] relating to whether the radio and headphones were confiscated as a result of a prison policy or other prison authority.  In the response [8], Plaintiff merely states that the "radio and headphones were confiscated out of hate as a result."  Therefore, out of an abundance of caution, it is

ORDERED:

1.  That Plaintiff is granted **to and including, June 6, 2011**, to comply with the order [6] entered on April 20, 2011, by filing a written response to the following:

(a) state if the radio and headphones were confiscated as a result of a prison policy or other prison authority;

(b) if the radio and headphones were not confiscated as a result of a prison policy or other prison authority, explain what Plaintiff meant when he stated in his response [8] that these items were confiscated "out of hate."

2.  That Plaintiff file his original response with the Clerk, Southern Division 2012 15th Street, Suite 403, Gulfport, Mississippi 39501.

     3.  That Plaintiff is warned that failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.

    This the 20th day of May, 2011.

                                                    *s/ John M. Roper*
                                                  CHIEF MAGISTRATE JUDGE