IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT EDWARDS                                                                              PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:11cv27-JMR

PRESTON GOFF and                                                                         DEFENDANTS
DENNIS SHOWLES

<u>ORDER</u>

This matter is before the Court pursuant to the Motion for Summary Judgment [53] filed by defendants Preston Goff and Dennis Showles pursuant to Federal Rule of Civil Procedure 56. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED that the defendants' motion for summary judgment [53] be, and is hereby, granted. It is further,

ORDERED that all claims advanced against these defendants pursuant to 42 U.S.C. § 1983 be, and are hereby, dismissed with prejudice.  Any state law claims are dismissed without prejudice. A copy of this Order has been forwarded to Plaintiff at his last known address by certified mail, return receipt requested. It is further,

ORDERED that each party bear their respective costs associated with this motion.

SO ORDERED, this the 7th day of January, 2013.

   s/ John M. Roper, Sr.
CHIEF UNITED STATES MAGISTRATE JUDGE