IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT EDWARDS                                          PLAINTIFF

VERSUS                                  CIVIL ACTION NO. 1:11cv27-JMR

PRESTON GOFF and                                        DEFENDANTS
DENNIS SHOWLES

## ORDER

    This matter is before the Court pursuant to the Motion for Summary Judgment [53] filed by

defendants Preston Goff and Dennis Showles pursuant to Federal Rule of Civil Procedure 56.

Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by

reference, it is therefore,

    ORDERED that the defendants' motion for summary judgment [53] be, and is hereby,

granted. It is further,

    ORDERED that all claims advanced against these defendants pursuant to 42 U.S.C. § 1983

be, and are hereby, dismissed with prejudice.  Any state law claims are dismissed without

prejudice. A copy of this Order has been forwarded to Plaintiff at his last known address by

certified mail, return receipt requested. It is further,

    ORDERED that each party bear their respective costs associated with this motion.

    SO ORDERED, this the 7th day of January, 2013.


   s/ John M. Roper, Sr.
   CHIEF UNITED STATES MAGISTRATE JUDGE